IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:12-cv-484 |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 7212 LONGBOAT DRIVE, | ) | |
| JOHNSTON, POLK COUNTY, IOWA, | ) | |
| | ) | |
| Defendant. | ) | |

**VERIFIED COMPLAINT *IN REM***

The United States of America brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure and 18 U.S.C. § 985.

**NATURE OF THE ACTION**

1. Plaintiff, United States of America, alleges that the defendant real property is subject to forfeiture pursuant to 21 U.S.C. §881 for violations of 21 U.S.C. §§ 841, 846.

**THE DEFENDANT *IN REM***

2. The defendant is real property as follows:

   a. 7212 Longboat Drive, Johnston, Polk County, Iowa and legally described as: Lot 2 in SUNSET RIDGE POINT PLAT 1, an Official Plat, now included in and forming a part of the City of Johnston, Iowa, with all appurtenances, improvements and attachments thereon.

3. The record owner of the real property is Richard Miller, LLC.

4. The defendant property has not been seized but it is located within this district and within the jurisdiction of the Court. The United States does not request authority from the Court to seize the real property defendant at this time. The United States will, as provided by 18 U.S.C.

§ 985(b)(1) and (c)(1):

a. Post notice of this action and a copy of the Complaint on the defendant real property; and

b. Serve notice of this action on the defendant real property's owner and any other person or entity who may claim an interest in the defendant real property, along with a copy of this Complaint; and

c. File lis pendens in the county records of the defendant real propery status as a defendant in this *in rem* action.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355(a) and over the defendant property under 28 U.S.C. §1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. §1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) which makes "all real property... which is used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, a violation of this subchapter...." subject to forfeiture; and pursuant to 21 U.S.C. §881(a)(6) which makes "moneys ... or other things of value ... traceable" to a violation of this subchapter subject to forfeiture.

8. The United States alleges that the defendant property is subject to forfeiture because it is proceeds of and/or constitutes property used to commit or facilitate the commission of 21 U.S.C. §§ 841 and/or 846 .

## FACTS

9. The defendant property was sold by Advantage Homes, LLC to Richard Miller, LLC in April 2009.

10. Richard Miller, LLC was originally registered with the Iowa Secretary of State in April 2009 and identified the registered agent and manager as Betty Mariani and the address given as 8657 Douglas Avenue, #116, Urbandale, Iowa. This location was a UPS store with a rented mailbox. Richard Miller, LLC was administratively dissolved by the Iowa Secretary of State on August 10, 2011 for failure to deliver the 2011 biennial report.

11. Betty Mariani was born in 1929 and lived in Illinois. She died in July 2012. Daryl Buczkowski was her son-in-law and Dale Buczkowski was her grandson and the son of Daryl. Daryl Buczkowski has a criminal history that includes a conviction in the State of Illinois in 1987 for manufacturing and delivery of cocaine for which he was sentenced to a term of imprisonment of 15 years.

12. In November 2010, law enforcement was contacted by the manager of a storage facility located in Des Moines, Iowa. Due to unpaid rent for a storage unit, the manager entered the unit and found a number of suspicious items. This storage unit was rented in April 2009 by a business known as Justified Consulting and North South Properties. An individual named John Holm was connected to these entities.

13. Detectives with the Mid Iowa Narcotics Enforcement Drug Task Force (MINE) went to the storage unit. The following items were found in the unit and seized by MINE: 40 Harvest Pro 600 watt inverters; approximately 75 plastic swimming pools; two 110 gallon plastic containers; 500 plastic pots; 34 Sun System Mag XXXL 8" reflectors; 9 Hydrotek lights;

numerous electrical cords and ventilation pipes; and suspected drug packaging material and trace amounts of marijuana. These items are consistent with equipment utilized in indoor marijuana grow operations.

14. On or about November 24, 2010, MINE officers were informed by the manager of the storage facility that a vehicle arrived at the facility and the occupants attempted to access the storage unit described in ¶13. The vehicle was a white 2008 GMC Savana that was registered to Michael's Lawn and Excavation, LLC with an address of 8657 Douglas Ave., #260, Urbandale. This location is a UPS store with a rented mailbox and is the same UPS store used by Richard Miller, LLC. Daryl Buczkowski is the registered agent for Michael's Lawn and Excavation, LLC as identified in papers filed with the Iowa Secretary of State in April 2009.

15. Neighboring property to the Defendant property, located at 7323 Longboat Drive, Johnston, Iowa, was purchased by Timothy Lantz on or about April 20, 2009. Timothy Lantz and Dale Buczkowski have known each other for a number of years. In 2007, Timothy Lantz had an Illinois drivers license with an address that was the same as Dale's. Trash collected by law enforcement from the garbage can put out at 7323 Longboat Drive, included mail addressed to Dale Buczkowski.

16. Neighbors to the 7323 Longboat Drive property complained to law enforcement that the property had a "skunk" smell and reported that no lights were ever observed on and the windows were always covered. It was reported that on at least one occasion, a white van was observed leaving the Defendant property and pulling into the 7323 Longboat Drive property and the occupants quickly went inside.

17. On September 19, 2012, U.S. Drug Enforcement Administration (DEA) agents and MINE officers executed a federal search warrant at the property located at 7323 Longboat Drive, Johnston, Iowa. Timothy Lantz was in the residence.

18. During the search of the residence at 7323 Longboat Drive, an indoor marijuana grow operation was found that included numerous marijuana plants, in various stages of growth; sophisticated electrical systems, lighting systems, ventilation systems, and watering systems that had been installed in the residence to support the indoor marijuana grow operation. Subsequent to the search, a Criminal Complaint against Timothy Lantz was filed in the U.S. District Court for the Southern District of Iowa on the charge of manufacturing marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). *United States v. Timothy Lantz,* Criminal No. 4:12-mj-216.

19. On September 19, 2012, DEA agents and MINE officers also executed a federal search warrant at the defendant property, 7212 Longboat Drive, Johnston, Iowa. Both from the execution of the search warrant and prior law enforcement observation of the property, it appeared that no one had lived in the house for some time and no one was present in the home during the search.

20. The following were found during the execution of the search warrant at 7212 Longboat Drive: drug paraphernalia including several digital scales that appeared to have marijuana residue and a blender that was covered with marijuana residue; documents in the name of John Holm; mail addressed to Dale Buczkowski at a Peru, Illinois address; real estate contracts and documents for property belonging to Alec Slinwinski, LLC, of which Timothy Lantz was the registered agent and only member; documents including tax returns in the name of

Dale Buczkowski; and credit cards in the name of both Richard Miller, LLC and Dale Buczkowski. A money counter and money bands used to wrap cash were found as well as two handguns in a wall safe. Original packaging for a wet/dry vaccuum and a drill were found and the vaccuum and the drill were found during the search of 7323 Longboat Drive.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays that the defendant properties be forfeited to the United States, that the plaintiff be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully Submitted,

Nicholas A. Klinefledt
United States Attorney

By: _/s/ Maureen McGuire_
Maureen McGuire
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9354
Fax: (515) 473-9292
Email: Maureen.McGuire@usdoj.gov

## VERIFICATION

I, Korey Bearden, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint in Rem, *United States v. Real Property Located at 7212 Longboat Drive, Johnston, Polk County, Iowa* and know the contents and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as Special Agent of the United States Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated: 12TH day of October, 2012.

_____
Korey Bearden
Special Agent